UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 07-318 |
| MAYER FINKELSTEIN | * | SECTION "R", MAG-1 |

* * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**MOTION TO AMEND CONDITIONS OF SUPERVISED RELEASE**

Defendant Mayer Finkelstein spent four and a half years in federal prisons. Nobody prepared him for the first days and weeks. He knows first hand the traumatic experience of his matriculation.

While in prison, Mr. Finkelstein watched and observed (and often helped) newly arrived defendants. He began to think that it would be useful for defendants facing federal prison for the first time to prepare in advance for the first shocking days and weeks; and to explore mechanisms to minimize the trauma and avoid panic and despair.

Mr. Finkelstein has been working on ideas to perform that service. He has discussed his ideas with undersigned counsel and with his probation officer, Daryl Naquin. However,

1

Standard Condition of Supervision No. 9 creates a concern. This provision generally prohibits Mr. Finkelstein from associating with convicted felons without specific approval of his probation officer. Here, the intention of Mr. Finkelstein's proposed service is to assist already convicted felons on a regular basis.

Undersigned counsel has spoken with both Ass't U.S. Attorney Brian Klebba and U.S. Probation Officer Daryl Naquin. One idea discussed was the possibility of meeting with the defendant in a lawyer's office, rather than in some other less formalized or ad hoc venue. Mr. Finkelstein has a lawyer lined up who will permit him to use his law offices for those purposes. After discussions with Messrs. Klebba and Naquin, it was decided to present this concern to the court by motion.[1]

WHEREFORE, defendant Mayer Finkelstein moves that the court amend his Standard Conditions of Supervised Release so as to enable him to go forward with a counseling program for defendants who have pled guilty and are facing federal imprisonment.

---

[1] The court, instead of formal hearing, might find a chambers conference more efficient.

Respectfully submitted,

/s/ Robert Glass
ROBERT GLASS (#6050)
GLASS & REED
3015 Magazine Street
New Orleans, Louisiana 70115
Tel.: (504) 581-9083; FAX: (504) 527-6156
Email: r_glass@bellsouth.net
Attorney for Mayer Finkelstein

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Brian Klebba, Esq., Ass't U.S. Attorney.

/s/ Robert Glass
ROBERT GLASS