**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**            **CIVIL ACTION**

**VERSUS**            **NO. 07-318**

**MAYER FINKELSTEIN**            **SECTION "R" (1)**

## ORDER

Considering the Court has been notified by the United States Probation Officer that he opposes defendant's motion to amend conditions of supervised release,

IT IS ORDERED that defendant's motion (Rec. Doc. No. 69) to amend conditions of supervised release is hereby denied.

New Orleans, Louisiana, this  31st  day of ___May___, 2016.

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**