UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 07-318 |
| MAYER FINKELSTEIN | * | SECTION "R" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

This memorandum supports Mayer Finkelstein's motion for the early termination of his supervised release.

1. Mr. Finkelstein pled guilty to a violation of 18 U.S.C. § 2252(a)(4)(B), possession of materials involving the sexual exploitation of minors. These materials were in the form of videos. It was purely a downloading and viewing offense. There was no allegation of contact involving a minor.

2. The court sentenced Mr. Finkelstein on October 15, 2008. The length of his sentence was 78 months, the bottom end of the guidelines. It also imposed life-time supervision.

3. At that time, life-time supervision was regularly imposed in child sexual cases. It was imposed whether the focus of the charge was a touching of or contact with the child, or, as in this case, exclusively a downloading offense of child pornography created by others.

4. Counsel's recent inquiry of U.S. Probation reveals a change in practice. Now, life-time supervision is generally reserved for cases in which there was a touching, or otherwise contemporaneous involvement with a child. In other cases, the length of supervision is as low as 5 years.

5. Mr. Finkelstein has been on supervised release for over 5-1/2 years. Supervision commenced in November of 2013 on his release from the halfway house. He has been an ideal supervisee. Taking into account the 17 months Mr. Finkelstein was under the supervision of Pre-Trial Services, his total period of supervision is more than 7 years.

6. At the time the bill of information was filed, Mr. Finkelstein was 65 years old. He is now 76-1/2 years old.

7. Were supervised release to be terminated, Mr. Finkelstein will still have extensive obligations under state law, some of which are quite burdensome. For example:

a. Registration as a sex offender every six months.[1]

b. Obligation to register continues to October 2, 2038.

c. Cannot live within 1,000 feet of, among other places, a primary or secondary school, playground, park, child care facility, public library. Because of these restrictions, he had to give up and sell his home of 37 years.

d. Must carry two forms of identification: a personal driver's license and a state identification card. Under Mr. Finkelstein's photographs on each card, in orange, are the words "SEX OFFENDER." Both cards must be renewed every year.

e. Cannot access social networking sites, chat rooms or other peer to peer networks. This ban extends to networks such as Hulu and Netflix. It also disqualifies him from web sites that deal with neighborhood issues, like thefts, assaults, robberies, as well as lost dogs or cats or feral dogs or cats.

f. Must notify law enforcement in another state within the time required under that state's statutes.

This is a partial list of Mr. Finkelstein's continuing obligations under state law, obligations that will continue when federal supervision ends.

---

[1] Mr. Finkelstein reports in person to the New Orleans Police Department (NOPD). He updates 8 pages of forms each time. Even if he continues to live in the same residence and has the same identical neighbors as when he first moved in and was required by state law to advertise his sex offender status and mail notice of same to all residences within 1,000 feet, every five years he must again advertise in a local newspaper his sex offender status and mail sex offender notices.

## Conclusion

Mr. Finkelstein has been an ideal supervisee.  He is not a threat to the community. His age also argues for early termination.  He was 65 years old at the time of his guilty plea. He is now 76-1/2 years old.  Without federal supervised release, state law itself imposes substantial continuing conditions on him:  where it is permissible for him to live; must carry two identification cards declaring that he is a sex offender; must register as a sex offender every six months for the next 19 years (effectively for life); prohibited from participating in social networking sites and chat rooms; and barred from streaming services such as Hulu and Netflix, and web sites such as Neighborhood Watch.

In sum, Mr. Finkelstein is the ideal candidate for a early termination of supervised release.  Since his release, he has been a model citizen.  Under present conventions, a period of 5 years would have been reasonable.  Mr. Finkelstein has been under supervision for 5-1/2 years.  A reduction to time already spent on supervision is appropriate.

Respectfully submitted,


/s/ Robert Glass
ROBERT GLASS (#6050)
GLASS & REED
530 Natchez Street, Suite 350
New Orleans, Louisiana 70130
Tel.: 504/581-9083
E-mail: r_glass@bellsouth.net
Attorney for Mayer Finkelstein

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 17, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Brian M. Klebba, Esq., Ass't U.S. Attorney.


/s/ Robert Glass
ROBERT GLASS